UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL JAMES PETERS,

          Plaintiff,

v.

Chief CHRISTOPHER REEVES,
Bureau of Alcohol, Tobacco,
Firearms & Explosives,

          Defendant.

Civil 08-5510 (MJD/JJG)

ORDER ON REPORT AND RECOMMENDATION

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Application To Proceed In Forma Pauperis, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: January 21, 2009

s/Michael J. Davis
MICHAEL J. DAVIS
Chief Judge
United States District Court